IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT L. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

It has come to the court's attention that the motion by Attorney William F. Eustice to withdraw as counsel for Defendant Robert L. Williams (Filing Nos. 26, 27) was electronically filed in the Clerk's Office for the District of Nebraska.

IT IS, THEREFORE, ORDERED that the Clerk's Office shall strike and remove Filing No.26 and 27 and forward it to Clerk, U.S. Court of Appeals, 111 So. 10th St., Room 24.329, St. Louis, MO 63102.

DATED this 27thday of April, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge Joseph F. Bataillon
United States District Judge