IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT L. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to proceed to appeal in forma pauperis. The court notes that the defendant did not previously receive in forma pauperis status in this case. Consequently, the defendant must file an affidavit before this court can determine if such status shall be granted. See NeCivR 3.3.

THEREFORE, IT IS ORDERED:

1. The clerk is directed to mail to the defendant, along with a copy of this order, a blank affidavit for leave to appeal in forma pauperis;

2. The clerk is further directed to mail, first-class, a copy of this order to the defendant's attorney, even though the defendant's attorney will receive notice via the court's CM/ECF system;

3. The defendant is instructed that on or before July 1, 2005, the court must receive his completed affidavit to proceed in forma pauperis. If the court has not received the affidavit by that date, the defendant's appeal will be deemed withdrawn.

DATED this 4th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge